DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**W.F.,** for minor child **J.R.,**
Appellant,

v.

**STATE OF FLORIDA, AGENCY FOR HEALTH CARE
ADMINISTRATION,**
Appellee.

No. 4D19-3793

[March 25, 2021]

Appeal from the State of Florida, Agency for Health Care Administration, Office of Fair Hearings; L.T. Case No. 19-FH1806.

Maria T. Santi of Marin Eljaiek Lopez & Martinez, P.L., Miami, and Morgan L. Weinstein of Twig, Trade, & Tribunal, PLLC, Fort Lauderdale, for appellant.

Tracy Lee Cooper George, Chief Appellate Counsel, and Nicholas A. Merlin, Senior Attorney, Agency for Health Care Administration, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***